JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL ANTHONY MOLINA,

   Petitioner,

  v.

WILLIAM L. MUNIZ, Warden,

   Respondent.

Case No. SA CV 15-1221-DOC (SP)

**JUDGMENT**

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 24, 2018

*/s/ David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE